# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 578539 B.C., LTD.<br><br>             Plaintiff(s),<br><br>        v.<br><br>J. GARY KORTZ<br><br><br><br>             Defendant(s). | CASE NO:<br>2:14–cv–04375–MMM–MAN<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above–entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re–open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
Margaret M. Morrow
United States District Judge

–1–